IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **VERITY INVESTIGATIONS, LLC,**<br><br>Plaintiff-Relator,<br><br>v.<br><br>**VERIDIC SOLUTIONS LLC,**<br><br>Defendant. | Civil Action No. 1:24-CV-02623-SDG<br><br>**Filed under seal and *ex parte*** |

## The United States of America's Notice of Election to Decline to Intervene

Under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America respectfully notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, the United States respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows a relator to maintain an action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal." *Id.* Therefore, should either the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the United States requests that this Court confirm the consent of

the United States before ruling or granting its approval. The Relator may confirm this consent in a dismissal motion.

Furthermore, under 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings, motions, or other documents filed in this action be served upon the United States and that copies of any Orders issued by the Court be sent to the undersigned counsel for the United States. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that only the Complaint, this Notice, and the Court's Order unsealing this action be unsealed and served upon the Defendant. All other contents of the Court's file in this matter and associated docket entries (including, but not limited to, any applications filed by the United States for an extension of the investigative period along with any supporting briefs)[1] should remain under seal and not be made public or served upon Defendants, except insofar as the seal upon any of those documents has been partially lifted by Order(s) previously entered in this action. *See* 31 U.S.C. § 3730(b)(3).

A proposed order is enclosed for the Court's convenience.

---

[1] The United States sought extensions of the intervention deadline on or about August 19, 2024; February 18, 2025; August 21, 2025; and April 13, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

*s/ Anthony C. DeCinque*
ANTHONY C. DECINQUE
*Assistant United States Attorney*

Georgia Bar No. 130906
Anthony.DeCinque@usdoj.gov
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
(404) 581-6000

*Counsel for the United States of America*

## Certificate of Compliance

I hereby certify, pursuant to Local Rule 7.1(D), that the above document was prepared in 13-point, Book Antiqua font.

*s/ Anthony C. DeCinque*
ANTHONY C. DECINQUE
*Assistant United States Attorney*

## Certificate of Service

I hereby certify that the preceding document were served by email under Fed. R. Civ. P. 5(b)(2)(E), addressed to:

J. Matthew Maguire, Jr.
James D. Dean
PARKS, CHESIN & WALBERT, P.C.
1355 Peachtree Street NE
Suite 2000
Atlanta, GA 30309
404-873-8000
Email: mmaguire@pcwlawfirm.com
jdean@pcwlawfirm.com

Stephen Shackelford
Steven M. Shepard
Amy Gregory
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
212-336-8330
Email: sshackelford@susmangodfrey.com
sshepard@susmangodfrey.com
agregory@susmangodfrey.com

*Counsel for Relator*

None of these documents have been served on the Defendant because this case remains under seal.

This 27th day of April, 2026.

*s/ Anthony C. DeCinque*
ANTHONY C. DECINQUE
*Assistant United States Attorney*